# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-45-SP | Date | August 5, 2020 |
|---|---|---|---|
| Title | JOSE RODRIGUEZ-CEJA v. ANDREW M. SAUL, Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Continuing Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On July 9, 2020, the court issued an Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute ("OSC"). As explained in more detail in the OSC, plaintiff had missed the first deadline to make a settlement proposal, failed to comply with an earlier court order to make a settlement proposal and file notice confirming the proposal was made by June 30, 2020, and missed the July 2, 2020 deadline to file a Memorandum in Support of Plaintiff's Complaint. The court ordered plaintiff to show cause in writing not later than July 24, 2020 why this action should not be dismissed for failure to prosecute. The court stated plaintiff could discharge the OSC by filing, not later than July 24, 2020, a written request for a reasonable extension of time for plaintiff to prepare, file, and serve a Memorandum in Support of Plaintiff's Complaint, and also to make a settlement proposal.

Plaintiff responded to part of the OSC, filing on July 24 a notice that he forwarded a settlement proposal to defendant on June 29, 2020. But plaintiff failed to address his failure to file a Memorandum in Support of Plaintiff's Complaint or request an extension of time to do so.

Accordingly, the court now continues the OSC, ordering plaintiff to show cause in writing not later than **August 19, 2020** why this action should not be dismissed for failure to prosecute. Once again, plaintiff may discharge the OSC by filing, not later than August 19, 2020, a written request for a reasonable extension of time for plaintiff to prepare, file, and serve a Memorandum in Support of Plaintiff's Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-45-SP | Date | August 5, 2020 |
|---|---|---|---|
| Title | JOSE RODRIGUEZ-CEJA v. ANDREW M. SAUL, Commissioner of Social Security Administration | | |

**The court warns plaintiff that failure to respond to the continued Order to Show Cause by August 19, 2020, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**